IN THE MATTER OF JAMES B. DANIELS.

November 17, 1987.

Petition for certification granted. (See 219 *N.J.Super.* 550)

STEPHEN VALLILLO v. MUSKIN CORPORATION AND EDWARD VALLILLO.

November 17, 1987.

Petition for certification denied. (See 218 *N.J.Super.* 472)

STATE OF NEW JERSEY v. REGINALD PRATHER.

November 17, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN DOUGLAS.

November 17, 1987.

Petition for certification denied.